PROB 12C
(6/16)

Report Date: November 6, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Garrick Darnell Puhuyesva | Case Number: 0980 2:21CR00052-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓ | Omak, Washington 98841 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 7, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Assault on a Federal Officer, 18 U.S.C. § 111(a)(1), (b) | | |
| Original Sentence: | Prison - 17 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | June 2, 2022 |
| Defense Attorney: | Molly Winston | Date Supervision Expires: | June 1, 2025 |

### PETITIONING THE COURT

To issue a summons.

On June 3, 2022, a U.S. probation officer reviewed the conditions of supervision with Mr. Puhuyesva as established in the judgment. Mr. Puhuyesva signed a copy of the judgment indicating his understanding and receipt of these conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Puhuyesva allegedly violated the above condition on or about October 28, 2024, by being arrested for assault, in violation of a protection order.<br><br>According to the declaration for probable cause, obtained from Okanogan County Superior Court, Mr. Puhuyesva was arrested by Omak police on the night of October 28, 2024. This document details how Mr. Puhuyesva's wife reported she had been assaulted by him and how an Omak police officer determined there was probable cause for the arrest of Mr. Puhuyesva under Revised Code of Washington 7.105.450.<br><br>On October 29, 2024, Mr. Puhuyesva called this officer and reported he had been arrested the previous night following an altercation between him and his wife, in which he pushed her out of his apartment causing her to fall. |

Prob12C

Re: Puhuyesva, Garrick Darnell
November 6, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/06/2024

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Thomas O. Rice* (signature)
Thomas O. Rice
United States District Judge

November 6, 2024
Date