PROB 12C
(6/16)

Report Date:  December 3, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 03, 2024**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of offender: Garrick Darnell Puhuyesva          Case Number: 0980 2:21CR00052-TOR-1

Address of Offender: ███████████████, Omak, Washington 98841

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 7, 2022

| | | |
|---|---|---|
| Original Offense: | Assault on a Federal Officer, 18 U.S.C. § 111(a)(1), (b) | |
| Original Sentence: | Prison - 17 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael Louis Vander Giessen | Date Supervision Commenced: June 2, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: June 1, 2025 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 11/06/2024.

On June 3, 2022, a U.S. probation officer reviewed the conditions of supervision with Mr. Puhuyesva as established in the judgment. Mr. Puhuyesva signed a copy of the judgement indicating his understanding and receipt of these conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #5**:You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyser testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Puhuyesva allegedly violated the above-stated condition on or before December 2, 2024, by remaining in an establishment where alcohol is the primary item of sale and consuming alcohol.<br><br>On the morning of December 2, 2024, this officer received an email containing five photographs depicting Mr. Puhuyesva seated at a bar and drinking a bottle of Budweiser beer.  This officer contacted Mr. Puhuyesva via telephone on this same day, and asked him about the incident. He  admitted to drinking at the bar, and stated he was unaware of his condition prohibiting such actions. |

**Prob12C**
**Re: Puhuyesva, Garrick Darnell**
**December 3, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/03/2024

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violations contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[X]    Other : revocation hearing is currently set for January 8, 2025.

Thomas O. Rice
United States District Judge

December 3, 2024

Date